Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.

---

WILLIAM E. WARING, Respondent, *v.* JULIUS SOMBORN, Appellant.

(Argued November 27, 1877; decided December 4, 1877.)

REPORTED below, 12 Hun, 81.

*Lewis Sanders,* for appellant.

*Henry H. Anderson,* for respondent.

Agree to dismiss appeal. No opinion.
All concur, except CHURCH. Ch. J., absent.
Appeal dismissed.

---

THE FIRST NATIONAL BANK OF BUFFALO, Respondent, *v.* JOHN ALBERGER, Appellant.

THIS case presented the same questions, and was argued and decided with *First Nat. Bank* v. *Wood* (*ante,* p. 405.)

---

HOBART R. GRIFFIN, Respondent, *v.* SAMUEL N. SALOMON, Appellant.

THIS case presented the same question, and was argued and decided with *Story* v. *Salomon* (*ante,* p. 420.)